UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Christopher Booth</u>

     v.          Case No. 08-cv-5-PB

<u>Federal Communications Commission</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 15, 2009, no objection having been filed.

  SO ORDERED.


February   23, 2009        /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge


cc: Christopher Booth, Pro se.